PROB 12A-DC
(Rev. 12/82)

**FILED**
OCT 25 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

# UNITED STATES DISTRICT COURT
## FOR THE
## THE DISTRICT OF COLUMBIA

U.S.A. vs. **William Peterson**                         Docket No.: **CR-00109-02**
                                                        (MD/NC)

### REQUEST FOR COURSE OF ACTION
### (Statement of Alleged Violations of Supervised Release)    06-PT-343-TFH

COMES NOW **Marius Davis**, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **William Peterson**, who was placed on Supervised Release by the Honorable **William J. Osteen**, United States District Judge, sitting in the Court at Greensboro, NC, on the **29th** day of **October, 2002**, who fixed the period of Supervised Release at **3** years, and imposed the general terms and conditions of Supervised Release theretofore adopted by the Court, and also imposed special conditions and terms as follows:

1)  Participate in a substance abuse treatment program, which may include drug testing or inpatient/residential treatment. During the course of treatment, the defendant shall abstain from the use of alcoholic beverages.

2)  Provide any requested financial information to the probation officer.

3)  Not incur any new credit charges or open additional lines of credit without the approval of the probation officer.

4)  Perform 50 hours of community service during the term of supervision at a rate of not less than 16 hours per month or as directed by the probation officer.

5)  Pay $124,709 restitution at a rate of $300 per month.

6)  Pay a $100 special assessment.

On October 29, 2002, Mr. Peterson was sentenced in the Middle District of North Carolina by the Honorable William J. Osteen to 40 months imprisonment, to be followed by a three-year term of supervised release, subsequent to pleading guilty to Transported Stolen Motor Vehicle in Interstate Commerce, in violation of 18 U.S.C. §§ 2312 and 2. Mr. Peterson's supervision commenced on April 15, 2005, and is scheduled to expire on April 14, 2008.

PETERSON, WILLIAM
Docket No.: CR-00109-02
Page 2

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Statement of Alleged Violations of Supervised Release

1) On September 28, 2006, Mr. Peterson submitted a urine sample in the probation office which returned positive for Cannabinoids. (Standard Condition #7)

2) Mr. Peterson has failed to complete 50 hours of community service. (Special Condition #4)

3. Mr. Peterson is in default with his restitution and is currently $891 in arrears. (Special Condition #5)

4. Mr. Peterson has engaged in new criminal conduct. (Standard Condition #11)

PRAYING THE COURT WILL ORDER a hearing on violation of supervised release with voluntary appearance of William Peterson before the Court/ Magistrate Judge Kay on 11/8/06 at 10:15am. To be set. TFH

ORDER OF COURT

Considered and ordered this 23 day of October, 2006.

_____
Chief Judge
United States District Court

PETERSON, William
Docket No.: CR-00109-02
Page 3

## REQUEST FOR COURSE OF ACTION
## (TRANSFER OF JURISDICTION)

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**PRAYING THE COURT WILL ORDER** the transfer of jurisdiction to the District of Columbia as requested by the Middle District of North Carolina.

Respectfully submitted,

Marius Davis
United States Probation Officer
(202) 565-1354

Approved By: _____
Ervin D. Bell, Supervising
United States Probation Officer

## ORDER OF COURT

Considered and ordered this _____ day of _____, 2006.

_____
Chief Judge
United States District Court

_____
Date

PETERSON, William
Docket No.: CR-00109-02
Page 4

**Notice of Delivery To Parties:**

**Defendant**

**U.S. Attorney's Office**
Tasheeka Hawkins
555 4th Street, N.W.
Washington, D.C. 20001

**Federal Public Defender**
A. J. Kramer
625 Indiana Avenue, N.W.
Washington, D.C. 20004