PROB 12A-DC
(Rev. 12/82)

FILED

DEC 2 0 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES DISTRICT COURT
FOR THE
THE DISTRICT OF COLUMBIA

U.S.A. vs. **William Peterson**                             Docket No.: **PT06-343**

REQUEST FOR COURSE OF ACTION
(Statement of Additional Alleged Violation of Supervised Release)

COMES NOW **Marius W. Davis**, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **William Peterson**, who was placed on Supervised Release by the Honorable **William J. Osteen**, United States District Judge, sitting in the Court at Greensboro, NC, on the **29th** day of **October, 2002**, who fixed the period of Supervised Release at **3** years, and imposed the general terms and conditions of Supervised Release theretofore adopted by the Court, and also imposed special conditions and terms as follows:

1) Participate in a substance abuse treatment program, which may include drug testing or inpatient/residential treatment. During the course of treatment, the defendant shall abstain from the use of alcoholic beverages.

2) Provide any requested financial information to the probation officer.

3) Not incur any new credit charges or open additional lines of credit without the approval of the probation officer.

4) Perform 50 hours of community service during the term of supervision at a rate of not less than 16 hours per month or as directed by the probation officer.

5) Pay $124,709 restitution at a rate of $300 per month.

6) Pay a $100 special assessment.

On October 29, 2002, Mr. Peterson was sentenced in the Middle District of North Carolina by the Honorable William J. Osteen to 40 months imprisonment, to be followed by a three-year term of supervised release, subsequent to pleading guilty to Transported Stolen Motor Vehicle in Interstate Commerce, in violation of 18 U.S.C. §§ 2312 and 2. Mr. Peterson's supervision commenced on April 15, 2005, and is scheduled to expire on April 14, 2008.

On October 23, 2006, Your Honor accepted transfer of jurisdiction of Mr. Peterson's case to the District of Columbia.

UNITED STATES DISTRICT COURT
FOR THE
THE DISTRICT OF COLUMBIA

FILED

DEC 20 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

U.S.A. vs. **William Peterson**

Docket No.: **PT06-343**

### REQUEST FOR COURSE OF ACTION

**PRAYING THE COURT WILL ORDER** the inclusion of the additional alleged violation at the forthcoming Hearing on Violation scheduled on December 21, 2006, 1:30 p.m.

### ORDER OF COURT

Considered and ordered this _____ day of _____, 2006.

Thomas F. Hogan
Chief Judge
United States District Court